Appeal Reinstated; Motion
Granted; Vacated and Remand and Memorandum Opinion filed May 19, 2011.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-11-00072-CV

____________

 

ZAVAL-TEX CONSTRUCTION COMPANY, MID CONTINENT
MEASUREMENT, INC., EMS USA, INC., AND OCTAVIO VEGA, Appellants

 

V.

 

ALFONSO GARZA, Appellee

 



On Appeal from the 151st District Court

Harris County, Texas

Trial Court Cause No. 2009-60719

 

 

 



M E M O R
A N D U M   O P I N I O N

This appeal is from a judgment signed October 27, 2010.  On May
12, 2011, the parties filed a joint motion to vacate the judgment and remand
the cause to the trial court for rendition of judgment in accordance with the
parties= settlement agreement.  See
Tex. R. App. P. 42.1.  The
motion is granted.

            Accordingly, we vacate the judgment signed October 27, 2010,
and we remand the cause to the trial court for rendition of judgment in
accordance with the parties= agreement.

 

                                                                                    PER
CURIAM

 

 

Panel consists of Justices Anderson,
Brown, and Christopher.